# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133535

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LARRY RICK SNOW,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133535
COA: 274812
Cass CC: 05-010426-FH

On order of the Court, the application for leave to appeal the February 6, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.

MARKMAN, J., would grant leave to appeal for the reasons set forth in his dissenting statement in *People v Hill*, 477 Mich 897 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007
_____
               Clerk

s0618